**Order entered May 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00468-CV

---

### IN THE MATTER OF T.P., A CHILD

---

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JD-77361-X

---

## ORDER

The reporter's record is overdue in this appeal. In an order dated April 10, 2014, we ordered Pamela Sumler, Official Court Reporter for the 305th Judicial District Court of Dallas County, Texas, to file, within ten days, either (1) the reporter's record, or (2) written verification that the reporter's record has not been requested.

On April 18, 2014, the Court received a letter from Pamela Sumler stating that counsel for appellant had not contacted her regarding either designation of the record or payment arrangements. However, on May 9, 2014, counsel for appellant informed us that he has requested the reporter's record.

Appellant has been found indigent and is, therefore, allowed to proceed with the appeal without advance payment of costs. Accordingly, on the Court's own motion, we **ORDER**, Pamela Sumler to file the reporter's record **by JUNE 26, 2014**. We **CAUTION** Pamela Sumler

that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to The Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court of Dallas County, Texas, Pamela Sumler, and counsel for all parties.

/s/     ADA BROWN
        JUSTICE